BEFORE THE SECOND DIVISION, DECEMBER 30, 1968

No. P68/515.—Durst Mfg. Co., Inc. *v.* United States, protest 325677-K (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of basket strainers in chief value of brass similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (49 Cust. Ct. 296, Abstract 67184), the claim of the plaintiff was sustained.

No. P68/516.—Terra International Co., Ltd. *v.* United States, protests 64/13882 and 64/13883 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hose nozzles in chief value of brass similar in all material respects to those the subject of *United States* v. *Lipman's* (51 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.